# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-283-JLR |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| DURWOOD JERELL MOORE, | |
| Defendant. | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on October 14, 2011. The United States was represented by Assistant United States Attorney Carl H. Blackstone and the defendant by Robert W. Goldsmith. The proceedings were digitally recorded.

The defendant had been charged and convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1). On or about May 23, 2007, defendant was sentenced by the Honorable James L. Robart to a term of 52 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

program, submit to search, shall not enter any establishment where alcohol is the primary commodity for sale; participate in Location Monitoring Program for 120 days.

In a Petition for Warrant or Summons dated June 10, 2011, U.S. Probation Officer Thomas J. Fitzgerald asserted the following violations by defendant of the conditions of his supervised release:

(1) Possessing oxycodone without a valid prescription on June 9, 2011, in violation of standard condition number 7 of his supervised release.

2. Possession marijuana on June 9, 2011, in violation of standard condition number 7 of his supervised release.

3. Failing to participate in the Location Monitoring Program for a period of 120 days as directed, since, on, or before June 9, 2011, in violations of his special condition of supervised release.

On June 13, 2011, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On October 14, 2011, this matter came before the Court for an evidentiary hearing. Defendant admitted to violations 1 and 3. Alleged violation 2 was dismissed without prejudice by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable James L. Robart on November 2, 2011 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 14th day of October, 2011.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

cc: District Judge: Honorable James L. Robart
AUSA: Carl H. Blackstone
Defendant's attorney: Robert W. Goldsmith
Probation officer: Thomas J. Fitzgerald